**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7715**

———————

TIMOTHY LLOYD, a/k/a Luxurious X,

Plaintiff - Appellant,

versus

BARTON VINCENT, Deputy General Counsel;
JUDY C. ANDERSON, Director of Program
Services; RICHARD E. SMITH, Warden of Tyger
River Correctional Institution; JOSEPH COUNTS,
Associate Warden; HERB JOHNS, Institution
Grievance Coordinator; DEBBIE N. MANESS,
Mailroom Supervisor,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence. Terry L. Wooten, District Judge.
(CA-03-1546-4)

———————

Submitted: February 9, 2005      Decided: February 16, 2005

———————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy Lloyd, Appellant Pro Se. William Benson Darwin, Jr.,
HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spartanburg, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Lloyd appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lloyd v. Vincent, No. CA-03-1546-4 (D.S.C. Sept. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED